1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT

9
FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
MARTIN LEE FOSTER,

No.  2:22-cv-1923 DAD CKD P

12
Plaintiff,

13
v.

FINDINGS AND RECOMMENDATIONS

14
SACRAMENTO PAROLE DEPT.
NORTH HIGHLANDS, et al.,

15

16
Defendants.

17
        On November 7, 2022, plaintiff was ordered to file a request to proceed in forma pauperis

18
or pay the filing fee within thirty days and was cautioned that failure to do so would result in a

19
recommendation that this action be dismissed.  The thirty day period has now expired, and

20
plaintiff has not responded to the court's order.

21
        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

22
prejudice.  See Fed. R. Civ. P. 41(b).

23
        These findings and recommendations are submitted to the United States District Judge

24
assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

25
after being served with these findings and recommendations, any party may file written

26
objections with the court and serve a copy on all parties.  Such a document should be captioned

27
"Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

28
objections shall be served and filed within fourteen days after service of the objections.  The

1   parties are advised that failure to file objections within the specified time may waive the right to

2   appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

3   Dated:  December 21, 2022

4                                                                                    
                                                        CAROLYN K. DELANEY
5                                                        UNITED STATES MAGISTRATE JUDGE

6

7

8   1
    fost1923.fifp
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2